**Pablo Castro CASTRO, Petitioner,**

**v.**

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 04–72561.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 14, 2008.

Submission Vacated April 23, 2008.

Resubmitted for Decision June 17, 2009.

Filed June 19, 2009.

Howard R. Davis, Esquire, Law Offices of Barbara J. Darnell, Los Angeles, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Eric D. Marsteller, Esquire, FPDAZ–Federal Public Defender's Office, Tucson, AZ, Eric Warren Marsteller, Esquire, Trial., Jocelyn Lopez Wright, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

\* This disposition is not appropriate for publication and is not precedent except as provided

Before: WALLACE, HUG and SCHROEDER, Circuit Judges.

MEMORANDUM \*

We vacated submission of this case pending the final disposition of *Sanchez v. Holder,* 560 F.3d 1028 (9th Cir.2009) (en banc). The resolution of that case compels denial of the petition in this case.

PETITION DENIED.